IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tony McCall,

       Petitioner,                            Case No.: 1:18-cv-2835

    v.                                      **ORDER**

Charles Bradley, Warden

       Respondent.

      This is a *pro se* state prisoner habeas corpus proceeding under 28 U.S.C. § 2254(d). Following referral to a Magistrate Judge for filing of a Report & Recommendation, which Magistrate Judge Jonathan D. Greenberg has filed (Doc. 13). In the Report & Recommendation the Magistrate Judge has duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

      On *de novo* review, I find the Report & Recommendation well-taken in all respects.

      Accordingly, it is hereby

      ORDERED THAT the Magistrate Judge's Report & Recommendation (Doc. 13) be, and the same hereby is, adopted as the order of this court, and that the petition be, and the same hereby is, denied and dismissed, with prejudice. No Certificate of Appealability shall issue.

      So ordered.

                                                         /s/ James G. Carr
                                                        Sr. U.S. District Judge